UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH N. ROSS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:16-cv-03472-BCW |
| GREENE COUNTY JUSTICE CTR. Et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' REPORT TO COURT

COME NOW the Defendants by and through their counsel of record, Keck, Phillips & Wilson, LLC, and for their Report to Court submit the following:

### Report

1. The parties scheduled mediation with Kevin FitzGerald to occur on March 4, 2019. (Doc. 88)

2. Plaintiff's counsel has filed a motion to withdraw and suggestions in opposition were due by February 8, 2019. (Doc. 88)

3. To date, no party has opposed withdrawal, and Plaintiff has been an absconder in State of Missouri vs. Joseph Ross, Greene County, Missouri Case Number 1831-CR04614 since at least December of 2018.

4. The MAP Director has approved staying the mediation pending the outcome of Motion to Withdraw.

Respectfully submitted,

KECK, PHILLIPS & WILSON, LLC

By:*/s/Damon S. Phillips*
Damon S. Phillips   #52901
3140 E. Division Street
Springfield, Missouri 65802
Telephone: (417) 890-8989
Fax:  (417) 890-8990
Email:  damon@kpwlawfirm.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic filing this 18th day of February, 2019 to:

Brent Dwerlkotte, MO Bar
Scott D. Kaiser, MO Bar
SHOOK, HARDY&BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108

/s/Damon S. Phillips
Damon S. Phillips